IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-21549-

MARICELA ALMIROLA

    Plaintiffs,

v.

LEXINGTON INSURANCE COMPANY

    Defendant.

_____/

**APPEARANCE OF COUNSEL**

TO:    The Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE that JOSÉ A. SOCORRO, ESQUIRE, of AZOY SOCORRO, LLP is admitted or otherwise authorized to practice law in this Honorable Court and I appear in this case as Lead Counsel for Plaintiff, MARICELA ALMIROLA, in the above-styled case, and request that all further pleadings, papers, and correspondence be directed to the undersigned.

Dated: May 11, 2018

        **AZOY SOCORRO, LLP**
        Attorneys for Plaintiff
        2020 Ponce de Leon Blvd., Suite 1008
        Coral Gables, Florida 33134
        Tel: (305) 340-7542
        Fax: (305) 418-7438
        Email: jose@azoysocorro.com

        /s/ José A. Socorro
        By: _____
        **JOSÉ A. SOCORRO, ESQ**.
        Florida Bar No. 0011675
        **RALPH AZOY, ESQ**.
        Florida Bar No. 92695

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been served with Clerk of Court using CM/ECF upon the individuals on the following service list on this 11th day of May 2018.

By: /s/ José A. Socorro
**JOSÉ A. SOCORRO, ESQ**.
Florida Bar No. 0011675

## SERVICE LIST
IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:18-cv-21549-

*Counsels for Defendant*
**Crystalin Medeiros Esq.**
The Teebagy & Medeiros Law Group PLLC
P.O. Box 221647
West Palm Beach, FL 33422
Tel.: (561) 229-0280
Fax: (561) 229-0281
Email: cmedeiros@thetmlaw.com